FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

**JUL 13 2010**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1   DANIEL G. BOGDEN
    United States Attorney
2   BRIAN PUGH
    Assistant United States Attorneys
3   333 Las Vegas Blvd. South, Suite 5000
    Las Vegas, Nevada 89101
4   (702) 388-6336

5

6

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

10   UNITED STATES OF AMERICA,        )   CRIMINAL INFORMATION
                                      )
11                   Plaintiff,       )   CASE NO.:   2:10-cr-00267-GMN-RJJ
                                      )
12   VS.                              )   VIOLATIONS:
                                      )   18 U.S.C. § 1349 - Conspiracy to Commit Mail
13   DENOLE CHRISTIE,                 )   Fraud, Wire Fraud, and Bank Fraud
         a/k/a PHIL MURPHY,           )
14                                    )
                                      )
15                   Defendant.       )
                                      )
16   _____)  _____

17   **THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:**

18

19                                **COUNT ONE**
                **Conspiracy to Commit, Mail Fraud, Wire Fraud, and Bank Fraud**

20        1.       From in or about October 2006, to in or about May 2007, in the State and Federal

21   District of Nevada and elsewhere,

22                              **DENOLE CHRISTIE,**

23   defendant herein, did knowingly and willfully combine, conspire, and agree with others known and

24   unknown to the grand jury:

25                a.       To devise a scheme and artifice to defraud and for obtaining money and

26   property by means of false and fraudulent pretenses, representations, and promises, and for the

1  purpose of executing the scheme and artifice, and attempting to do so, did cause to be used

2  commercial interstate carriers to send and  deliver mortgage loan applications, other supporting

3  documentation, and financial instruments for purposes of executing a scheme and artifice to defraud

4  and for obtaining money and property by means of false and fraudulent pretenses, representations, and

5  promises, in violation of Title 18, United States Code, Section 1341;

6         b.     To devise a scheme and artifice to defraud and for obtaining money and

7  property by means of false and fraudulent pretenses, representations, and promises, and for the

8  purpose of executing the scheme and artifice, and attempting to do so, did cause to be transmitted by

9  means of wire communications in interstate commerce, funds, for purposes of executing the scheme

10  and artifice to defraud and for obtaining money and property by means of false and fraudulent

11  pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1343;

12  and

13         c.     To devise a scheme and artifice to defraud and to obtain money and property

14  under the custody and control of federally-insured financial institutions, by means of false and

15  fraudulent pretenses, representations and promises that would cause a bank to part with money or

16  property, in violation of Title 18, United States Code, Section 1344.

17  <u>The Objectives of the Conspiracy</u>

18      2.     The object of the conspiracy and scheme was to obtain money and property by

19  causing false information regarding straw buyers' employment, income, assets, rental history, and

20  intent to occupy the property as a primary residence to be placed in the straw buyers' loan applications

21  and supporting documentation to obtain mortgage loans from federally-insured financial institutions.

22  Through these transactions, defendant's coconspirators obtained money and property from financial

23  institutions.

24  <u>Manner and Means</u>

25      3.     The manner and means by which the objectives of the conspiracy were accomplished

26  include, but were not limited to, the following:

2

a.    Defendant's coconspirators solicited persons to act as straw buyers to purchase real estate.

b.    Defendant's coconspirators submitted loan applications to financial institutions, some of which were federally-insured, to fund the straw real estate purchases.

c.    Defendant's coconspirators placed on the straw buyers' loan applications and supporting documentation, materially false and fraudulent information regarding the straw buyer's employment, income, assets, rental history, and intention to occupy the property as their primary residence.

d.    Defendant provided false and fraudulent verifications of rent when defendant then and there well knew that the verifications of rent were false and fraudulent.

e.    Defendants submitted and caused to be submitted by U.S. Mail and commercial interstate couriers false and fraudulent loan applications and supporting documentation to financial institutions to induce the institutions to lend money to fund mortgage loans.

f.    Defendants caused financial institutions to transmit money through commercial interstate couriers and interstate wire communications to payoff prior mortgage loans and to fund new mortgage loans.

4.    Defendant committed and caused to be committed overt acts which include, but are not limited to, the following: On or about December 13, 2006, defendant knowingly provided a false and fraudulent verification of rent to support a fraudulent loan application to fund the straw purchase of 8209 Mount Logan Court, Las Vegas, Nevada .

5.    As a result of this fraudulent transaction, the lender suffered a loss of approximately $355,000.00.

All in violation of Title 18, United States Code, Section 1349.

3

**FORFEITURE ALLEGATION ONE**
**Conspiracy to Commit, Mail Fraud, Wire Fraud, and Bank Fraud**

1.   The allegation contained in Count One of this Criminal Information is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the felony offense charged in Count One of this Criminal Information,

**DENOLE CHRISTIE,**

defendant herein, shall forfeit to the United States of America any property which constitutes, or is derived from, proceeds traceable to violations of Title 18, United States Code, Section 1344 or Title 18, United States Code, Section 1349, a conspiracy to commit such offenses for an *in personam* criminal forfeiture money judgment up to $7,200.00 in United States Currency.

3.   If any property subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant-

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendant for the *in personam* criminal forfeiture money judgment up to $7,200.00 in United States Currency.

4

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 1344 and 1349; and Title 21, United States Code, Section 853(p).

## FORFEITURE ALLEGATION TWO
### Conspiracy to Commit, Mail Fraud, Wire Fraud, and Bank Fraud

1.      The allegation contained in Count One of this Criminal Information is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the felony offense charged in Count One of this Criminal Information,

### DENOLE CHRISTIE,

defendant herein, shall forfeit to the United States of America any property which constitutes, or is derived from, proceeds traceable to violations of Title 18, United States Code, Sections 1341, 1343, and 1344, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349, a conspiracy to commit such offenses for an *in personam* criminal forfeiture money judgment up to $7,200.00 in United States Currency.

3.      If any property subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant-

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

5

        e.     has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendant for the *in personam* criminal forfeiture money judgment up to $7,200.00 in United States Currency.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 1341, 1343, and 1344, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B); Title 18, United States Code, Section 1349; and Title 21, United States Code, Section 853(p).

## FORFEITURE ALLEGATION THREE
### Conspiracy to Commit, Mail Fraud, Wire Fraud, and Bank Fraud

1.     The allegation contained in Count One of this Criminal Information is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provision of Title 18, United States Code, Section 982(a)(2)(A).

2.     Upon conviction of the felony offense charged in Count One of this Criminal Information,

### DENOLE CHRISTIE,

defendant herein, shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly in violations of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349, a conspiracy to commit such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(A), for an *in personam* criminal forfeiture money judgment up to $7,200.00 in United States Currency.

3.     If any property subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A), as a result of any act or omission of the defendant-

        a.     cannot be located upon the exercise of due diligence;

1     b.      has been transferred or sold to, or deposited with, a third party;

2     c.      has been placed beyond the jurisdiction of the court;

3     d.      has been substantially diminished in value; or

4     e.      has been commingled with other property that cannot be divided without

5             difficulty;

6     it is the intent of the United States of America, pursuant to Title 18, United States Code, Section

7     982(a)(2)(A) and Title 21, United States Code, Section 853(p), to seek forfeiture of properties of the

8     defendant for the *in personam* criminal forfeiture money judgment up to $7,200.00 in United States

9     Currency.

10         All pursuant to  Title 18, United States Code, Sections 982(a)(2)(A), 1341, 1343, 1344, and

11    1349; and Title 21, United States Code, Section 853(p).

12

13         DATED: this 10th day of June 2010.

14    DANIEL G. BOGDEN
      United States Attorney
15

16

17    BRIAN PUGH
      Assistant United States Attorney
18

19

20

21

22

23

24

25

26

                                              7