# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                          )<br>               Plaintiff,                       )<br>                                                          )<br>          v.                                         )<br>                                                          )<br>DENOLE CHRISTIE aka Phil Murphy,  )<br>                                                          )<br>               Defendant.                    ) | 2:10-CR-267-GMN (RJJ) |

## ORDER OF FORFEITURE

On July 13, 2010, defendant DENOLE CHRISTIE aka Phil Murphy pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Section 1341; Title 18, United States Code, Section 1343; Title 18, United States Code, Section 1344; and Title 18, United States Code, Section 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

This Court finds that DENOLE CHRISTIE aka Phil Murphy shall pay a criminal forfeiture money judgment of $7,200.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DENOLE CHRISTIE aka Phil Murphy a criminal forfeiture money judgment in the amount of $7,200.00 in United States Currency.

DATED this 17th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge