

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-267-GMN-(GWF) |
| ) | |
| DENOLE CHRISTIE, ) | |
| a/k/a PHIL MURPHY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on August 17, 2010, that DENOLE CHRISTIE, a/k/a PHIL MURPHY, shall pay the criminal forfeiture money judgment of $7,200.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 3; Plea Memorandum, ECF No. 5; Change of Plea, ECF No. 8; Order of Forfeiture, ECF No. 10.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DENOLE CHRISTIE, a/k/a PHIL MURPHY, the criminal forfeiture money judgment in the amount of $7,200.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States

...

...

1  Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United
2  States Code, Section 853(p).
3      DATED this 16 day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE